# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 17 Mag 3152 Date 6/7/17

USAO No. 2017R00551

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

*United States v.* Joseph Gabriel Vallejo

The Complaint/~~Rule 40 Affidavit~~ was filed on April 27, 2017

✓ *U.S. Marshals please withdraw warrant.*

[signature]
ASSISTANT UNITED STATES ATTORNEY

Matthew Podolsky
(Print name)

**SO ORDERED:**

[signature]
UNITED STAES MAGISTRATE JUDGE

June 7, 2017
DATE

Distribution: White → Court Yellow → U.S. Marshals Green → Pretrial Services Pink → AUSA Copy